# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2011
LT Case No. 2019-CF-004011

———————————————

CHRISTIAN VILLALBA-SANTOS,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

———————————————

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Christian Villalba-Santos, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Respondent.

October 10, 2023

PER CURIAM.

The Court denies the petition for writ of habeas corpus on the merits.

MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.

----------------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

----------------------------------